IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| ALEATHA JESSIE | : | CASE NO: 16-10131ELF |
| | : | |
| Debtor | : | |
| _____ | : | |

# **ORDER**

AND NOW, this             day of August ,2016, upon consideration of the Debtor's Motion to Determine the Value of Security and Creditor's Secured Status, and after notice and hearing;

IT IS ORDERED, that the Motion is GRANTED.  The Court find that:

1. The fair market value of Debtor's real property, located at 4539 Tolbut St., Philadelphia PA 19136 (the "Property") is $100,400.00;

2. The interest of Citizens in the Property, arising out of its mortgage recorded at Document No. 51872402 in Philadelphia, PA, is valued at $0.00; and

3. Upon confirmation of Debtor's First Amended Plan and upon entry of an order of discharge under 11 U.S.C. § 1328(a), the above-referenced mortgage lien shall be AVOIDED.

4. Nothing in this Order affects the lien rights of the first mortgagee, U.S. Bank as Trustee for Pennsylvania Housing Finance Agency.

_____
Eric L. Frank
Chief United States Bankruptcy Judge