# The Law Office of Alfonso Madrid
757 South 8th St.
Philadelphia PA 19147

(215) 925-1002  
(215)402-3437 (fax)

alfonsomadrid.esq@gmail.com  
www.alfonsomadridlaw.com

*Helping People in Financial Distress*

---

July 11, 2016

Daniel K. Fitzpatrick  
Citizens Bank of Pennsylvania  
One Logan Square  
130 North 18th Street  
Philadelphia, PA 19103

Re: Aleatha Jessie  
**Bankr. No. 16-10131** (Eastern District of Pennsylvania)  
4539 Tolbut St.  
Philadelphia PA 19136  
**Your Acct No** 0060-6051574488

To Whom It May Concern,

Please be advised that I represent the above debtor. On January 7, 2016, a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code was filed on Debtor's behalf at the court and number indicated above.

Enclosed is: (1) Debtor's proposed First Amended Plan; and (2) Debtor's Motion to Determine the Value of Security and Creditor's Secured Status.

Sincerely,

*[signature]*

Alfonso Madrid, Esq.



SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DANIEL FITZPATRICK, CEO
CITIZENS BANK
130 N. 18TH ST
PHILADELPHIA PA 19103

9590 9402 1536 5362 1354 57

2. Article Number (Transfer from service label)

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



7015 0640 0001 4142 3600

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$
Total Postage and Fees
$

Sent To DAN FITZPATRICK - CITIZENS BANK
Street and Apt. No., or PO Box No. 130 N. 18TH ST
City, State, ZIP+4® PHILA PA 19103

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



English   Customer Service   USPS Mobile                                          Register / Sign In



# USPS Tracking®

Search or Enter a Tracking Number

Customer Service ›
Have questions? We're here to help.

Get Easy Tracking Updates ›
Sign up for My USPS.

**Tracking Number:** 70150640000141423600

**Expected Delivery Day:** Wednesday, July 13, 2016

## Product & Tracking Information

**Postal Product:**        **Features:**
First-Class Mail®          Certified Mail™          Return Receipt

See tracking for related item: 9590940215365362135457

## Available Actions

**Text Updates**

**Email Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| July 13, 2016 , 1:36 pm | **Delivered, Left with Individual** | PHILADELPHIA, PA 19103 |

Your item was delivered to an individual at the address at 1:36 pm on July 13, 2016 in PHILADELPHIA, PA 19103.

| | | |
|---|---|---|
| July 13, 2016 , 1:52 am | Departed USPS Facility | PHILADELPHIA, PA 19176 |
| July 11, 2016 , 10:14 pm | Arrived at USPS Facility | PHILADELPHIA, PA 19176 |
| July 11, 2016 , 5:24 pm | Departed Post Office | PHILADELPHIA, PA 19147 |
| July 11, 2016 , 10:25 am | Acceptance | PHILADELPHIA, PA 19147 |

## Track Another Package

**Tracking (or receipt) number**

[                                            ]   Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**

