IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| ALEATHA JESSIE | : | CASE NO: 16-10131ELF |
| | : | |
| Debtor | : | |
| | : | |
| _____ | : | |

ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing Application for Compensation of Debtor's Attorney, and upon notice, opportunity for hearing, and/or certification of no objection, counsel fees are **ALLOWED** in the following amounts:

    Total fee award:                        $ 3,500.00
    Attorney fee already paid by Debtor   $ 1,500.00

    **Net amount to be paid by Trustee**   **$ 2,000.00**

The net amount is to be paid by the Trustee to the extent provided for in the confirmed plan.

Date: 8/12/16

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**