United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-10131-elf
Aleatha Jessie                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1          Date Rcvd: Aug 10, 2016
                                Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2016.
db             +Aleatha Jessie,    4539 Tolbot,    Philadelphia, PA 19136-1417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2016                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2016 at the address(es) listed below:
      ALFONSO G. MADRID    on behalf of Debtor Aleatha  Jessie alfonsomadridlawECF@gmail.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION
      bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| ALEATHA JESSIE | : | CASE NO: 16-10131ELF |
| | : | |
| Debtor | : | |
| _____ | : | |

# ORDER

AND NOW, this  9th  day of August ,2016, upon consideration of the Debtor's Motion to Determine the Value of Security and Creditor's Secured Status, and after notice and hearing;

IT IS ORDERED, that the Motion is GRANTED.  The Court find that:

1. The fair market value of Debtor's real property, located at 4539 Tolbut St., Philadelphia PA 19136 (the "Property") is $100,400.00;

2. The interest of Citizens in the Property, arising out of its mortgage recorded at Document No. 51872402 in Philadelphia, PA, is valued at $0.00.

**Order entered by default.**

_____
Eric L. Frank
Chief United States Bankruptcy Judge