United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-10131-elf
Aleatha Jessie                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: ChrissyW          Page 1 of 1          Date Rcvd: Aug 12, 2016
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2016.
db             +Aleatha Jessie,   4539 Tolbot,   Philadelphia, PA 19136-1417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2016 at the address(es) listed below:
          ALFONSO G. MADRID    on behalf of Debtor Aleatha  Jessie alfonsomadridlawECF@gmail.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                     TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                    :    CHAPTER 13
                                         :
ALEATHA JESSIE                           :    CASE NO: 16-10131ELF
                                         :
        Debtor                           :
                                         :
_____:

### ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing Application for Compensation of Debtor's Attorney, and upon notice, opportunity for hearing, and/or certification of no objection, counsel fees are **ALLOWED** in the following amounts:

    Total fee award:                              $ 3,500.00
    Attorney fee already paid by Debtor   $ 1,500.00

    **Net amount to be paid by Trustee   $ 2,000.00**

The net amount is to be paid by the Trustee to the extent provided for in the confirmed plan.

Date: 8/12/16

                         **ERIC L. FRANK**
                         **CHIEF U.S. BANKRUPTCY JUDGE**