IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| ALEATHA JESSIE | : | CASE NO: 16-10131ELF |
| | : | |
| Debtor | : | |
| | : | |
| _____ | : | |

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the Supplemental Application for Compensation for Services Performed after Confirmation Of Chapter 13 Plan, and upon notice, opportunity for hearing, and/ or certification of no objection, supplemental counsel fees are allowed in the following amount:

Total supplemental fee award allowed under 11 U.S.C. §330 :    $ 2,000.00

This amount is to be paid by the Trustee to Alfonso Madrid, Esquire, to the extent provided for by the confirmed plan.

Date:  11/5/19

_____
Eric L. Frank
United States Bankruptcy Judge