United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Aleatha Jessie  
      Debtor

Case No. 16-10131-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 1     Date Rcvd: Nov 07, 2019  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2019.  
db          +Aleatha Jessie,    4539 Tolbot,    Philadelphia, PA 19136-1417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2019 at the address(es) listed below:  
         ALFONSO G. MADRID    on behalf of Plaintiff Aleatha  Jessie alfonsomadridlawECF@gmail.com  
         ALFONSO G. MADRID    on behalf of Debtor Aleatha  Jessie alfonsomadridlawECF@gmail.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION  
          bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         KEVIN G. MCDONALD    on behalf of Defendant    Pennsylvania Housing Finance Agency  
          bkgroup@kmllawgroup.com  
         KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance  Agency  
          bkgroup@kmllawgroup.com  
         KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association (Trustee for the  
          Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com  
         KEVIN G. MCDONALD    on behalf of Defendant    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE  
          PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com  
         LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION lhaller@pkh.com,  
          dmaurer@pkh.com;mgutshall@pkh.com  
         THOMAS I. PULEO    on behalf of Defendant    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE  
          PENNSYLVANIA HOUSING FINANCE AGENCY tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                        TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| ALEATHA JESSIE | : | CASE NO: 16-10131ELF |
| | : | |
| Debtor | : | |
| | : | |
| _____ | : | |

**ORDER TO ALLOW COUNSEL FEES**

Upon consideration of the Supplemental Application for Compensation for Services Performed after Confirmation Of Chapter 13 Plan, and upon notice, opportunity for hearing, and/or certification of no objection, supplemental counsel fees are allowed in the following amount:

Total supplemental fee award allowed under 11 U.S.C. §330 :    $ 2,000.00

This amount is to be paid by the Trustee to Alfonso Madrid, Esquire, to the extent provided for by the confirmed plan.

Date:  11/5/19

_____
Eric L. Frank
United States Bankruptcy Judge