### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| ALEATHA JESSIE | : | CASE NO: 16-10131ELF |
| Debtor | : | |

### ORDER TERMINATING WAGE DEDUCTION

AND NOW, upon consideration of the Debtor's Motion to Discontinue Wage Deduction, and upon notice and hearing;

IT IS ORDERED that this Court's prior Order of January 26, 2016 (Doc. No. 10), ordering Debtor's employer, the City of Philadelphia, to deduct funds from the earnings or income of Debtor Aleatha Jessie, is VACATED.

_____   4/20/20
Eric L. Frank
United States Bankruptcy Judge