United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Aleatha Jessie  
      Debtor

Case No. 16-10131-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: YvetteWD　　　Page 1 of 1　　　Date Rcvd: Apr 20, 2020  
　　　　　　　　　　　　Form ID: pdf900　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2020.  
db　　　　　+Aleatha Jessie,　　4539 Tolbot,　　Philadelphia, PA 19136-1417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2020　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2020 at the address(es) listed below:  
　　　ALFONSO G. MADRID　　on behalf of Plaintiff Aleatha  Jessie alfonsomadridlawECF@gmail.com  
　　　ALFONSO G. MADRID　　on behalf of Debtor Aleatha  Jessie amadrid@clsphila.org  
　　　JOSHUA ISAAC GOLDMAN　　on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION  
　　　　bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com  
　　　KEVIN G. MCDONALD　　on behalf of Defendant    Pennsylvania Housing Finance Agency  
　　　　bkgroup@kmllawgroup.com  
　　　KEVIN G. MCDONALD　　on behalf of Creditor    Pennsylvania Housing Finance  Agency  
　　　　bkgroup@kmllawgroup.com  
　　　KEVIN G. MCDONALD　　on behalf of Creditor    U.S. Bank National Association (Trustee for the  
　　　　Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com  
　　　KEVIN G. MCDONALD　　on behalf of Defendant    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE  
　　　　PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com  
　　　LEON P. HALLER　　on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION lhaller@pkh.com,  
　　　　dmaurer@pkh.com;mgutshall@pkh.com  
　　　THOMAS I. PULEO　　on behalf of Defendant    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE  
　　　　PENNSYLVANIA HOUSING FINANCE AGENCY tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com  
　　　THOMAS I. PULEO　　on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,  
　　　　bkgroup@kmllawgroup.com  
　　　United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
　　　WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| ALEATHA JESSIE | : | CASE NO: 16-10131ELF |
| | : | |
| Debtor | : | |
| | : | |

**ORDER TERMINATING WAGE DEDUCTION**

AND NOW, upon consideration of the Debtor's Motion to Discontinue Wage Deduction, and upon notice and hearing;

IT IS ORDERED that this Court's prior Order of January 26, 2016 (Doc. No. 10), ordering Debtor's employer, the City of Philadelphia, to deduct funds from the earnings or income of Debtor Aleatha Jessie, is VACATED.

4/20/20

Eric L. Frank
United States Bankruptcy Judge