Revised 04/2014

# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:** ALEATHA JESSIE

|  |  |
|---|---|
| ) | **Case No.** 16-10131 |
| ) | **Chapter** 13 |
| ) |  |
| ) |  |
| ) |  |
| **Debtor(s)** ) |  |

## NOTICE OF CHANGE OF ADDRESS OF CREDITOR

**Address to be changed:**                                                          ☒ Notice Address
(both may be selected, if applicable)                                      ☒ Payment Address


OLD ADDRESS:          ONEMAIN FINANCIAL
                                      (Name)
                                      PO BOX 70912
                                      (Street Address or P.O. Box)
                                      CHARLOTTE, NC  28272
                                      (City, State, Zip Code)

NEW ADDRESS:          ONEMAIN FINANCIAL
                                      (Name)
                                      PO BOX 3251
                                      (Street Address or P.O. Box)
                                      EVANSVILLE, IN 47731
                                      (City, State, Zip Code)


*NOTE: This form may not be used in lieu of filing a Notice of Transferred Claim per Bankruptcy Rule 3001(e).

/S/ Angela A Bowers
**Signature of Creditor or Creditor's Attorney**
OneMain, f/k/a Springleaf Financial Services
PO BOX 3251
Evansville, IN 47731
800-266-9800
**Name/OBA#/Address/Telephone #/Email**