United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-10131-elf
Aleatha Jessie                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: YvetteWD         Page 1 of 1         Date Rcvd: Jun 17, 2020
                          Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2020.
db              +Aleatha Jessie,    4539 Tolbot,    Philadelphia, PA 19136-1417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2020 at the address(es) listed below:
              ALFONSO G. MADRID    on behalf of Debtor Aleatha   Jessie amadrid@clsphila.org
              ALFONSO G. MADRID    on behalf of Plaintiff Aleatha   Jessie alfonsomadridlawECF@gmail.com
              JOSHUA I. GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
               Josh.Goldman@padgettlawgroup.com
              KEVIN G. MCDONALD    on behalf of Defendant    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance  Agency
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association (Trustee for the
               Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Defendant    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              OneMain Financial    cbp@omf.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Defendant    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 13

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| ALEATHA JESSIE | : | CASE NO: 16-10131ELF |
| | : | |
| Debtor | : | |
| _____ | : | |

# ORDER

AND NOW, upon consideration of the Debtor's Motion to Declare Avoidance of Lien (the "Motion"), any response thereto, and after notice and hearing;

It is **ORDERED**, that the Motion is **GRANTED**.

It is FURTHER **ORDERED** and **DETERMINED** that: the lien arising out of the mortgage on the real property located 4539 Tolbot St.. Philadelphia, PA 19136 (the "Property"), dated March 3, 2008, in favor of Citizens Bank of Pennsylvania ,and recorded with the Philadelphia Recorder of Deeds on March 18, 2008 at document number 51872402 has been **AVOIDED** pursuant to the Debtor's confirmed and completed chapter 13 plan.

Date:  6/17/20

_____
Eric L. Frank
United States Bankruptcy Judge