United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-10131-elf
Aleatha Jessie                                                            Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2       User: YvetteWD         Page 1 of 1              Date Rcvd: Jun 17, 2020
                           Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2020.
db              +Aleatha Jessie,    4539 Tolbot,    Philadelphia, PA 19136-1417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2020 at the address(es) listed below:
      ALFONSO G. MADRID    on behalf of Debtor Aleatha  Jessie amadrid@clsphila.org
      ALFONSO G. MADRID    on behalf of Plaintiff Aleatha  Jessie alfonsomadridlawECF@gmail.com
      JOSHUA I. GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION Josh.Goldman@padgettlawgroup.com
      KEVIN G. MCDONALD    on behalf of Defendant    Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance  Agency bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD    on behalf of Defendant    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
      LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
      OneMain Financial    cbp@omf.com
      THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      THOMAS I. PULEO    on behalf of Defendant    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                 TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| ALEATHA JESSIE | : | CASE NO: 16-10131ELF |
| | : | |
| Debtor | : | |
| _____ | : | |

# ORDER

AND NOW, upon consideration of the Debtor's Motion to Enter Chapter 13 Discharge (the "Discharge Motion"), after a hearing, and it appearing that the Debtor is entitled to a discharge, it is hereby **ORDERED** that the Motion is **GRANTED**.  By separate order, the court will grant the Debtor a discharge pursuant to 11 U.S.C. § 1328(a).

Date:  6/17/20

_____
Eric L. Frank.
United States Bankruptcy Judge