United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 16-10131-elf

Aleatha Jessie   Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Adminstra        Page 1 of 3

Date Rcvd: Nov 17, 2020        Form ID: 138NEW        Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aleatha Jessie, 4539 Tolbot, Philadelphia, PA 19136-1417 |
| 13734670 | | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 5008, Carol Stream, IL 60197-5008 |
| 13657776 | + | American Web Loan, 2128 North 14th St., Suite 1, Box 130, Ponca City, OK 74601-1831 |
| 13657779 | + | Chase Auto, PO Box 901003, Fort Worth, TX 76101-2003 |
| 13657783 | + | City Centralized REcovery Dept., PO Box 20523, Kansas City, MO 64195-0523 |
| 13657786 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, MacysDSNB, 9111 Duke Blvd, Mason, OH 45040 |
| 13680424 | + | Dept of Ed/MOHELA, 633 Spirit Dr, Chesterfield MO 63005-1243 |
| 13657787 | | Mazda Capital Services, PO Box 78101, Phoenix, AZ 85062-8101 |
| 13657788 | + | Mohela/Dept Of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 13657790 | + | Otoe-Missouria Tribe, 8151 Highway 177, Red Rock, OK 74651-0348 |
| 13657792 | + | Police and Fire Federal Credit Union, 901 Arch St., Philadelphia, PA 19107-2495 |
| 13657793 | + | Scott's Lawn Service, PO Box 742585, Cincinnati, OH 45274-2585 |
| 13754557 | + | U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE, PHFA Loan Servicing Division, 211 North Front Street, Harrisburg, PA 17101-1466 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 18 2020 03:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 18 2020 03:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 18 2020 03:17:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13657775 | + | Email/Text: bky@americanprofit.net | Nov 18 2020 03:17:00 | American Profit Recovery, 34405 W 12 Mile Rd, Suite 379, Farmington, MI 48331-5608 |
| 13657778 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 18 2020 02:57:44 | Capital One Bank (USA), NA, 15000 Capital One Dr., Richmond, VA 23238 |
| 13657781 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 18 2020 03:16:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 13657782 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 18 2020 03:16:00 | Citizens Bank, Asset Recovery RJW 350, PO Box 42021, Providence, RI 02904 |
| 13657780 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 18 2020 03:16:00 | Citizens Bank, One Citizens Plaza, Providence, RI 02903 |
| 13746657 | | Email/Text: megan.harper@phila.gov | Nov 18 2020 03:17:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13657777 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |

Case 16-10131-elf  Doc 64  Filed 11/19/20  Entered 11/20/20 00:54:53  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 17, 2020 | Form ID: 138NEW | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 18 2020 02:54:17 | Capital One, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3438 |
| 13737521 | + | Email/Text: bncmail@w-legal.com | Nov 18 2020 03:16:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13737695 | | Email/Text: bnc-quantum@quantum3group.com | Nov 18 2020 03:16:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13657784 | + | Email/Text: bankruptcynotices@dcicollect.com | Nov 18 2020 03:17:00 | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 13657785 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 18 2020 03:16:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13707957 | | Email/Text: bk.notifications@jpmchase.com | Nov 18 2020 03:16:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 13657789 | + | Email/PDF: cbp@onemainfinancial.com | Nov 18 2020 02:54:16 | OneMain, Po Box 499, Hanover, MD 21076-0499 |
| 14499749 | + | Email/PDF: cbp@onemainfinancial.com | Nov 18 2020 02:57:42 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 13725030 | + | Email/PDF: cbp@onemainfinancial.com | Nov 18 2020 02:55:59 | OneMain Financial Group, LLC, 6801 COLWELL BLVD, IRVING TX 75039-3198 |
| 13657791 | + | Email/Text: blegal@phfa.org | Nov 18 2020 03:16:00 | Pa Housing Finance Agency, 211 N Front St, Harrisburg, PA 17101-1406 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 19, 2020           Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALFONSO G. MADRID | on behalf of Debtor Aleatha Jessie amadrid@clsphila.org |
| ALFONSO G. MADRID | on behalf of Plaintiff Aleatha Jessie alfonsomadridlawECF@gmail.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Josh.Goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 3 of 3 |
| Date Rcvd: Nov 17, 2020 | Form ID: 138NEW | Total Noticed: 32 |

| | |
|---|---|
| KEVIN G. MCDONALD | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Defendant U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Defendant Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| OneMain Financial | cbp@omf.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com |
| THOMAS I. PULEO | on behalf of Defendant U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Aleatha Jessie
      Debtor(s)        Bankruptcy No: 16−10131−elf
       Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑     2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑     3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 11/17/20

        63 − 62
        Form 138_new